

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-3-2006

# In Re: NBR Antitrust

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4535

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: NBR Antitrust " (2006). *2006 Decisions.* Paper 245.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/245

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4535

IN RE: NBR ANTITRUST LITIGATION

CROMPTON CORPORATION; UNIROYAL CHEMICAL COMPANY, INC.,

Appellants

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 03-cv-01898)
District Judge: Honorable David S. Cercone.

Argued on September 26, 2006

Before: RENDELL, CHAGARES and ROTH, Circuit Judges.

(Opinion Filed November 2, 2006)

**ROTH, Circuit Judge:**

**ORDER AMENDING OPINION**

   **IT IS ORDERED** that the not-published Opinion in the above case, filed on November 2, 2006, be amended as follows:

   **On page 1**, delete "v." from caption.

Dated: November 3, 2006